# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

MICHAEL A. CONNOR

SENTENCING MINUTES

Case No. 23-cr-0067-bhl

---

HONORABLE BRETT H. LUDWIG presiding
Proceeding Held: August 16, 2024
Deputy Clerk: Julie D.

Time Called: 10:07 a.m.
Time Concluded: 11:01 a.m.
Court Reporter: J. Stake

**Appearances:**

UNITED STATES OF AMERICA by:     Megan Paulson & Jonathan Koenig

MICHAEL A. CONNOR in person and by:     Gabriela Leija

U.S. PROBATION OFFICE by:     James Fetherston

---

- ☒ The parties have no objections to the factual statements in the PSR
- ☒ The parties have no objections to the application of the guidelines in the PSR

- ☒ The Court adopts the factual statements and guideline application as set forth in the PSR subject to the Court's correction that restitution is not mandatory.

---

- ☒ The government presents sentencing argument: 18 years
- ☒ The defendant presents sentencing argument: 10 years
- ☒ Defendant exercises right of allocution.
- ☒ The Court imposes sentence.
- ☒ The government dismisses the remaining counts of the Indictment
- ☒ Defendant advised of appeal rights.

---

The government moved for an additional one-level decrease pursuant to U.S.S.G. § 3E1.1(b) because the defendant timely notified authorities of his intention to enter a plea of guilty. The Court granted the motion.

The government offered Exhibits J & K and requested that the exhibits be sealed. The defendant did not object. The Court orders Exhibits J & K **SEALED** until further order of the Court.

**SENTENCE IMPOSED:** one hundred and twenty (120) months' imprisonment

**SUPERVISED RELEASE:** five (5) years

**MONETARY PENALTIES**

**Special Assessment:** $ 100.00    due immediately

**Fine:** $ _____    ☒ fine waived

**Restitution:** $ 3,000.00    ☐ determination deferred

The Court waives the mandatory $5,000.00 additional special assessment pursuant to the Justice for Victims of Trafficking Act of 2015 due to the defendant's indigency.

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the Court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The Court recommends the defendant's placement at a federal facility in the Southern District of California.

**CUSTODY**

☒ The defendant is remanded to the custody of the U.S. Marshal Service for processing.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Conditions of Supervision** set forth in the presentence investigation report without change.